# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BILLY CEPERO,<br><br>                      Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>                      Defendants. | Case No. 2:11-cv-01421-GMN-GWF<br><br>**ORDER**<br><br>Application to Proceed *In Forma Pauperis* ( #1) |

This matter is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis* (#1), filed on September 2, 2011.

**Discussion**

Pursuant to the Prison Litigation Reform Act of 1995, the District Court is required to assess a fee when a prisoner is granted leave to proceed *in forma pauperis* in a civil action and the prison officials are required to collect and remit the money to the Court. *See* 28 U.S.C. § 1915(b)(1)-(2). Pursuant to the *In Forma Pauperis* ("IFP") Motion Financial Certificate, a plaintiff must pay a filing fee of $350.00. If the plaintiff does not have $350.00, the plaintiff will not be allowed to proceed with the action until the plaintiff pays the appropriate fees. The plaintiff will be required to pay either 20% of the average monthly balance or 20% of the average monthly deposits in his inmate trust account, whichever is greater. Furthermore, the plaintiff will be required to pay installments of 20% of the preceding month's deposits to the account in months that the account balance exceeds $10.00.

Plaintiff failed to submit a completed Application to Proceed *In Forma Pauperis*. Plaintiff's financial status is indeterminate; specifically, Plaintiff needs to submit an IFP Motion Financial Certificate, indicating the average monthly balance in his inmate account, and a certified copy of the

trust fund account statement for the six month period immediately preceding the filing of the complaint pursuant to 28 U.S.C. §1915(a)(2). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* ( #1) is **denied** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send Plaintiff an Application to Proceed *In Forma Pauperis* (Prisoner), Code IFP Motion, and an Application to Proceed *In Forma Pauperis* Instructions and Code IFP Instructions to Plaintiff at High Desert State Prison, Inmate #94730, P.O. Box 650, Indian Springs, NV, 89018.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall also send a copy of this Order to the attention of the inmate accounts department of the High Desert State Prison, Inmate #94730, P.O. Box 650, Indian Springs, NV, 89018.

**IT IS FURTHER ORDERED** that Plaintiff shall have **thirty (30) days** from the date this Order is entered in which to send a completed Application to Proceed *In Forma Pauperis* and IFP Motion Financial Certificate.  Failure to do so may result in dismissal of this action.

DATED this 9th day of September, 2011.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**