# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BILLY CEPERO, | |
| Plaintiff, | Case No. 2:11-cv-01421-GMN-GWF |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | Motion to Receive Free Copies (#13) |
| Defendants. | |

This matter comes before the Court on Plaintiff's Motion to Receive Free Copies (#13), filed on December 1, 2011. It appears Plaintiff is requesting a copy of his complaint, which was filed with the Court on September 2, 2011. Plaintiff claims that he mailed his only copy of the complaint to the Court for filing, and that he is unable to pay for copies of the complaint.

An inmate has no constitutional right to free photocopies, *see, e.g.*, *Collins v. Goord*, 438 F.Supp.2d 399, 416 (S.D.N.Y.2006), and in forma pauperis status does not entitle an individual to free copies of documents in the court's file. *See, e.g., Guinn v. Hoecker*, 43 F.3d 1483 (10th Cir.1994) ( 28 U.S.C. § 1915 does not include right to free copy of any document in record; court may constitutionally require indigent plaintiff to demonstrate need for free copy); *Douglas v. Green*, 327 F.2d 661, 662 (6th Cir.1964) ( 28 U.S.C. § 1915 does not include the right to receive copies of court orders without payment).   Here, Plaintiff claims that he needs a copy of his complaint in order to effectively litigate this case. To the extent that Plaintiff is requesting a copy of his complaint, the Court will grant Plaintiff's request.  The Court however will not grant Plaintiff free copy work where he is currently incarcerated nor will the Court be inclined to grant future requests for free copies of Court documents.

. . .

1  Plaintiff is advised to either copy each document he files with the Court or draft two copies of the
2  document and retain one for his records.  Accordingly,
3       **IT IS HEREBY ORDERED** that Plaintiff's Motion to Receive Free Copies (#13) is **granted**.
4  The Clerk of the Court shall mail Plaintiff a copy of his Complaint filed with the Court on September 2,
5  2011.
6       DATED this 2nd day of December, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge