# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BILLY CEPERO, | |
| Plaintiff, | Case No. 2:11-cv-01421-GMN-GWF |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | Motion to Extend Time (#22) |
| Defendants. | Motion for Copy of Amended Motion (#23) |

This matter comes before the Court on Plaintiff's Motion to Extend Time to File Amended Complaint (#22) and Motion to Request Copy of Amended Submitted Motion (#23), filed on January 19, 2012. On January 12, 2012, the Court entered an Order (#21), denying Plaintiff's Motion to Amend as moot and instructing the Plaintiff that he needed to file a complete amended complaint. The Court gave Plaintiff until February 20, 2012 to file his amended complaint. Plaintiff now requests a copy of his Motion to Amend Counts 3 and 4 (#18) and an additional 30 days to submit his amended complaint. Plaintiff states that he filed the only copy of his Motion to Amend (#18) and now wants that motion so he can draft his amended complaint in accordance with the Court's Order.

The Court previously granted Plaintiff free copies of his Complaint that he filed with the Court. (*See* #14.) The Court however cautioned Plaintiff that future requests for free copies would not be looked upon favorably and instructed Plaintiff that he should copy each document he submits for filing or draft two copies and retain one for himself. It appears Plaintiff failed to elect either option. The Court therefore will not grant Plaintiff's request to receive a copy of his Motion to Amend (#18). Plaintiff should have his original complaint, the Court's Order, Report and Recommendation (#9), and the Court's recent Order (#21), instructing Plaintiff how to properly file his Amended Complaint.

1  These documents should be sufficient to draft an amended complaint in accordance with the Court's
2  orders. The Court will however grant Plaintiff a two-week extension of time to draft and file his
3  Amended Complaint. Accordingly,
4      **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time to File Amended
5  Complaint (#22) is **granted**. Plaintiff shall have until **Friday, February 24, 2012** to file his Amended
6  Complaint.
7      **IT IS FURTHER ORDERED** that Plaintiff's Motion for Request Copy of Amended
8  Submitted Motion (#23) is **denied.**
9      DATED this 25th day of January, 2012.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge