Billy Cepero 94730
Name
HDSP 22010 Cold Creek Rd
Indian Spring NV 89018
702-879-6789
Prison Number

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Billy Cepero,
    Plaintiff,

vs.

Las Vegas Metropolitan Police Department, 21 defendants named below of the LVMPD,
    Defendant(s).

CASE NO. 2:11-CV-1421-GMN-GWF
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO**
**42 U.S.C. § 1983**

**A. JURISDICTION**

1) This complaint alleges that the civil rights of Plaintiff, Billy Cepero,
(Print Plaintiff's name)

who presently resides at High Desert State Prison, NV, were

violated by the actions of the below named individuals which were directed against

Plaintiff at Las Vegas, Nevada on the following dates
(institution/city where violation occurred)

excessive use of force, Assault and Battery, and Emotional and Physical injuries
(Count I)          (Count II)                      (Count III)

Cruel and unusual Punishment     negligence
(Count IV)                        (Count V)

Make a copy of this page to provide the below
information if you are naming more than five (5) defendants

1 – Defendant **Douglas Gillespie** work resides at **400 Stewart Av LVNV 89101**
(full name of first defendant) (address if first defendant)
and is employed as **Sheriff of LVMPD** This defendant is sued in his/her
(defendant's position and title, if any)
__ individual  X official capacity. (Check one or both). Explain how this defendant was acting

under color of law: **He is Directly Responsible for Allowing tactics of abuse by the officers of LVMPD**

2 – Defendant **Bill Cassell** work resides at **400 Stewart Av LVNV 89101**
(full name of first defendant) (address if first defendant)
and is employed as **Spoke Person of LVMPD** This defendant is sued in his/her
(defendant's position and title, if any)
__ individual  X official capacity. (Check one or both). Explain how this defendant was acting

under color of law: **He is responsible for addressing the media and providing false and misleading information**

3 – Defendant **LT D Flynn P# 3028** work resides at **400 Stewart Av LVNV 89101**
(full name of first defendant) (address if first defendant)
and is employed as **Negotiator of LVMPD SWAT** This defendant is sued in his/her
(defendant's position and title, if any)
X individual  X official capacity. (Check one or both). Explain how this defendant was acting

under color of law: **Allow SWAT member to procede and gave false statement under oath at trial.**

4 – Defendant **Sgt C. Leveque # 4376** work resides at **400 Stewart Av, LV NV 89101**
(full name of first defendant) (address if first defendant)
and is employed as **Rope Det of LVMPD**. This defendant is sued in his/her
(defendant's position and title, if any)
X individual  X official capacity. (Check one or both). Explain how this defendant was acting

under color of law: **In charge of all Detectives and officers involve on event (arrest etc)**

2

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

5 — ●) Defendant Det. R. Hard #7527 ~~resides~~ work at 400 Stewart LV NV 89101,
(full name of first defendant)         (address if first defendant)
and is employed as Police of LVMPD . This defendant is sued in his/her
(defendant's position and title, if any)
☒ individual ☒ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: ~~conspirator against me the whole event~~ He was a key player on the event (undercover)

6 — ●) Defendant Det. G. Theobald #6527 work ~~resides~~ at 400 Stewart LV NV 89101
(full name of first defendant)         (address if first defendant)
and is employed as Police of LVMPD . This defendant is sued in his/her
(defendant's position and title, if any)
☒ individual ☒ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: He was a key player on the event (undercover) responsible for violation

7 — ●) Defendant Det. T. Cold #5584 work ~~resides~~ at 400 Stewart LV NV 89101
(full name of first defendant)         (address if first defendant)
and is employed as Police of LVMPD . This defendant is sued in his/her
(defendant's position and title, if any)
☒ individual ☒ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: He was a key player on the events (undercover) responsible for violation

8 — ●) Defendant Det. T. Fuller #6749 work ~~resides~~ at 400 Stewart LV NV 89101,
(full name of first defendant)         (address if first defendant)
and is employed as Detective of LVMPD . This defendant is sued in his/her
(defendant's position and title, if any)
☒ individual ☒ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: He was part of the whole event and responsible in shape or form for violation

2 A

Make a copy of this page to provide the below
information if you are naming more than five (5) defendants

9 — **)** Defendant Det L. Feelon #8097 ~~resides~~ [work] at 400 Stewart LV NV 89101,
(full name of first defendant)                 (address if first defendant)
and is employed as Detective of LVMPD. This defendant is sued in his/her
(defendant's position and title, if any)
 X individual  X official capacity. (Check one or both). Explain how this defendant was acting
under color of law: Part of the whole event and responsible in shape or form for violation

10 — **)** Defendant Det. T. Radke #5255 ~~resides~~ [work] at 400 Stewart LV NV 89101,
(full name of first defendant)                 (address if first defendant)
and is employed as Detective of LVMPD. This defendant is sued in his/her
(defendant's position and title, if any)
 X individual  X official capacity. (Check one or both). Explain how this defendant was acting
under color of law: Part of the whole event and responsible in shape or form for violation

11 — **)** Defendant Det. R Neslund #4373 ~~resides~~ [work] at 400 Stewart LV NV 89101,
(full name of first defendant)                 (address if first defendant)
and is employed as Detective of LVMPD. This defendant is sued in his/her
(defendant's position and title, if any)
 X individual  X official capacity. (Check one or both). Explain how this defendant was acting
under color of law: Part of the whole event and responsible in shape or form for violation

12 — **)** Defendant Det. C. Lilienthal #5290 ~~resides~~ [work] at 400 Stewart LV NV 89101,
(full name of first defendant)                 (address if first defendant)
and is employed as Detective of LVMPD. This defendant is sued in his/her
(defendant's position and title, if any)
 X individual  X official capacity. (Check one or both). Explain how this defendant was acting
under color of law: Part of the whole event and responsible in shape or form for violation

2 B

Make a copy of this page to provide the below
information if you are naming more than five (5) defendants

13- **1)** Defendant Det. S Dejoie #4410 (work) resides at 400 Stewart LV NV 89101,
(full name of first defendant)         (address if first defendant)
and is employed as Detective of LVMPD . This defendant is sued in his/her
(defendant's position and title, if any)
_X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: Part of the whole event and responsible and in shape or form for violation

14- **2)** Defendant Det. C Neri #8395 (work) resides at 400 Stewart LV NV 89101,
(full name of first defendant)         (address if first defendant)
and is employed as Detective of LVMPD . This defendant is sued in his/her
(defendant's position and title, if any)
_X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: Part of the whole event and responsible in shape or form for violation

15- **3)** Defendant Det. S Thomas #4993 (work) resides at 400 Stewart LV NV 89101,
(full name of first defendant)         (address if first defendant)
and is employed as Detective of LVMPD . This defendant is sued in his/her
(defendant's position and title, if any)
_X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: Part of the whole event and responsible in shape or form for violation

16- **4)** Defendant Det. R. Kegley #4981 (work) resides at 400 Stewart LV NV 89101,
(full name of first defendant)         (address if first defendant)
and is employed as Detective of LVMPD . This defendant is sued in his/her
(defendant's position and title, if any)
_X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: Part of the whole event and responsible in shape or form for violation

2 C

Make a copy of this page to provide the below
information if you are naming more than five (5) defendants

17-•) Defendant Det. T. Aiken # 2764 resides [work] at 400 Stewart LV NV 89101
(full name of first defendant)   (address if first defendant)
and is employed as Detective of LVMPD. This defendant is sued in his/her
(defendant's position and title, if any)
X individual X official capacity. (Check one or both). Explain how this defendant was acting
under color of law: Part of the whole event and responsible in shape or form for violations

18-•) Defendant Det. E. Morgan #585 resides [work] at 400 Stewart LV NV 89101
(full name of first defendant)   (address if first defendant)
and is employed as Detective of LVMPD. This defendant is sued in his/her
(defendant's position and title, if any)
X individual X official capacity. (Check one or both). Explain how this defendant was acting
under color of law: Responsible for beating me up and causing Part of whole event and responsible for violations

19-•) Defendant J. Bonkavich #6961 resides [work] at 400 Stewart LV NV 89101
(full name of first defendant)   (address if first defendant)
and is employed as SWAT of LVMPD. This defendant is sued in his/her
(defendant's position and title, if any)
X individual X official capacity. (Check one or both). Explain how this defendant was acting
under color of law: Responsible for beating me up and causing physical and emotional injuries

20-•) Defendant M. Fowler #3707 resides [work] at 400 Stewart LV NV 89101
(full name of first defendant)   (address if first defendant)
and is employed as SWAT of LVMPD. This defendant is sued in his/her
(defendant's position and title, if any)
X individual X official capacity. (Check one or both). Explain how this defendant was acting
under color of law: Responsible for beating me up and causing physical and emotional injuries

2 D

2) — •) Defendant  W. MARX #5649 ~~resides~~ work at  400 STEWART LV.NV.89101
   (full name of first defendant)                          (address if first defendant)
and is employed as  SWAT of LVMPD . This defendant is sued in his/her
   (defendant's position and title, if any)
X individual  X official capacity. (Check one or both). Explain how this defendant was acting

under color of law: Responsible for beating me up and causing physical and emotional injuries

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

\* BE ADVISED: I'm untrained on the law, filing of motion and don't fully comprehend the english language

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

After a month of harrassment and threat to my friend and family members against my life by LVMPD "Rope detectives". I was located on 8-26-09 by LVMPD. Upon SWAT contacting me, they found me wearing boxer shorts only lying down on my stomach on the bathroom floor of a 458 Maple St Apts. However, I was punch, kick, hit with canister until I fainted. Do to injuries, I was taken to the Umc Emergency Unit were several stiches were put on my face, inside my mouth, my nose had to be pulled out of my face and where the doctor order surgery because my right shoulder was broken.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

3

## COUNT I

The following civil rights has been violated: _____

Excessive use of force

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

I Don't know Exactly the name of All SWAT members who executed the actual arrest. However Defendant # 19, 20, and 21 Show on my Police Arrest Report as been the ones who were lead and made contact with me.
SWAT members kick me, punch me, hit me with canister cans even though I was found only wearing boxers, no weapons and lying on the floor face down. Others, including Pope and SWAT member of the LVMPD could be involve since there is more than 3 SWAT members per team. But I fainted, I was facing down upon their entry and they wear mask.

4

## COUNT II

The following civil rights has been violated: __Assault and Battery__

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Pope detectives steadily harrass on their task to find my friends and family. Pulled my mother over several times and told them they will shoot me on site if I ran (Assault) Once again, Pope detective work undercover in this instant defendant 4 to 18. SWAT teams members beat me up during arresting me. others could be involve but do to the fact I couldn't see or know exactly defendant 19 to 21 are directly responsible (Battery) ~~defendant 22 to 24~~

\* Plaintiff untrain on the law and dont comprehend.

## COUNT III

The following civil rights has been violated: _____
Emotional and physical injuries

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

All defendants besides 1 and 2 are directly responsible for campaigning with verbal threats against my life, safety and well being. Threats which they made good on upon their final contact with me where they beat me up causing several lacerations throughout my body, an ending result of a slight crooked nose after UMC Doctor pull it out and resulting on surgery to my right shoulder were 4 screws had to put in place. Injuries to which as of today remain and right arm being incapacitated. They broke my shoulder. Me, friends and family are left with emotional injure.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ____ Yes ____ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

## COUNT IV

The following civil rights has been violated: Cruel and unusual punishment

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Defendants 5 to 21 were involve on the infliction of pain wantonly and unnecessary

. several stiches do to the multiple lacerations made by defendants

. Nose had to be pull out of my face

. My shoulder had to be operated and 4 pins place on it

All do to Defendants Actions even though I possed no harm.

injury are permanent and unjust

\* once again BE Advice I am untrain on the law, filing of documents and don't fully comprehend the english language.

4

## COUNT V

The following civil rights has been violated:

negligence

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Defendant 1 to 4 fail on their duty to keep me safe and didn't use reasonable care on their performance as supervisor and in charge of the event. They allowed, directed others participating members to proceed with tactics knowingly and with indifferences as to addressing and misinformation of the public, allowing tactics of abuse and harm promoting unethical performance by themself and members under their supervision. Breaching their official duty and ethical of the very departments policy.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ____ Yes  X  No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

6

*However, this is A Re do of A previous sent* outline). *Hand writen type of this issue.*

    a)    Defendants: _____

    b)    Name of court and docket number: _____

    c)    Disposition (for example, was the case dismissed, appealed or is it still pending?):
            _____

    d)    Issues raised: _____
            _____
            _____

    e)    Approximate date it was filed: _____

    f)    Approximate date of disposition: _____

2)    Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes  _X_ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

    a)    Defendants: _____.

    b)    Name of court and case number: _____.

    c)    The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

    d)    Issues raised: _____
            _____

    e)    Approximate date it was filed: _____

    f)    Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

    a)    Defendants: _____.

    b)    Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? X Yes ___ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) ___ state or federal court decision; (3) ___ state or federal law or regulation; (4) ___ parole board decision; or (5) ___ other _____.

If your answer is "Yes", provide the following information. Grievance Number 2006-29-21151
Date and institution where grievance was filed _____ 5-8-11 _____.

Response to grievance: 3098 - non grievable issue LVMP issues cannot be addressed through the DOC grievance system

8

_____

_____

- - - - - - - - - - - - - - - - - - - -
### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

A - Compensatory damage against all defendants jointly & severally
B - Punitive Damage against each defendant
C - Injuction against All defendants
D - A Declaration of Acts and omission on Violation of USCA
E - A Jury trial on All issues triable by Jury
F - Plaintiff cost in this suit
G - Additional Relief this Court deems just, proper and equitable

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____          _(Signature of Plaintiff)_
(Name of Person who prepared or helped
prepare this complaint if not Plaintiff)

August 24 - 2011
(Date)

- - - - - - - - - - - - - - - - - - - - - - - - - - -
(Additional space if needed; identify what is being continued)

_____

_____

9