# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BILLY CEPERO,            Plaintiff, | Case No. 2:11-cv-01421-GMN-GWF |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,            Defendants. | |

On March 6, 2012, the Court screened Plaintiff's Amended Complaint and ordered electronic service of such on the Attorney General's office. The Attorney General's office advised the Court on March 28, 2012 that it will not accept service of any of the Defendants in this case because they are not employees of the State of Nevada. (*See* #30.) Service upon the Attorney General's office in this case was improper. The Court therefore enters the following order regarding service of the summons and complaint in this matter.

**IT IS HEREBY ORDERED** that the Clerk of the Court shall issue summons and send the required USM–285 forms to Plaintiff. Plaintiff shall have twenty (20) days to furnish the required USM–285 forms to the U.S. Marshal at 333 Las Vegas Blvd. South, Suite 2058, Las Vegas, Nevada 89101. After Plaintiff receives copies of the completed USM–285 forms from the U.S. Marshal, he has twenty (20) days to file a notice with the court identifying if Defendant was served. If Plaintiff wishes to have the U.S. Marshal attempt service again on any unserved defendant, then a motion must be filed with the court identifying the unserved defendant, specifying a more detailed name and address and indicating whether some other manner of service should be used. Pursuant to Rule 4(m) of the Federal

. . .

Rules of Civil Procedure, service must be accomplished within one hundred twenty (120) days from the date that the complaint was filed.

DATED this 29th day of March, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge