# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BILLY CEPERO,

        Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

        Defendants.

Case No. 2:11-cv-01421-GMN-GWF

**ORDER**

Motion to Receive Free Copies (#34)

    This matter comes before the Court on Plaintiff's Motion to Provide More Legal Copies at NDOC's Expense (#34), filed on May 21, 2012 and NDOC's Opposition to Plaintiff's Motion (#35), filed on June 5, 2012. Plaintiff requests the Court allow him to receive free copy work from the NDOC for the purposes of this litigation. Plaintiff however fails to indicate what documents he needs copied and for what purpose those documents are to be used.

    An inmate has no constitutional right to free photocopies, *see, e.g.*, *Collins v. Goord*, 438 F.Supp.2d 399, 416 (S.D.N.Y.2006), and in forma pauperis status does not entitle an individual to free copies of documents in the court's file. *See, e.g., Guinn v. Hoecker*, 43 F.3d 1483 (10th Cir.1994) ( 28 U.S.C. § 1915 does not include right to free copy of any document in record; court may constitutionally require indigent plaintiff to demonstrate need for free copy); *Douglas v. Green*, 327 F.2d 661, 662 (6th Cir.1964) ( 28 U.S.C. § 1915 does not include the right to receive copies of court orders without payment). Plaintiff has previously requested the Court grant him free copy work from the NDOC. *See* Motion(#13). The Court denied Plaintiff's request and cautioned Plaintiff that the Court would not be inclined to any grant future requests. *See Order* (#14). Plaintiff has failed to demonstrate any reason why the Court should now grant Plaintiff free copy work. The Court will therefore deny Plaintiff's

request and once again advise Plaintiff to either copy each document using carbon paper or handwrite the copies. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Provide More Legal Copies at NDOC's Expense (#34) is **denied**.

DATED this 13th day of July, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge