# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BILLY CEPERO,

                Plaintiff,        Case No. 2:11-cv-01421-GMN-GWF

vs.                                     **ORDER**

LAS VEGAS METROPOLITAN POLICE     Motion for Free Copies (#49)
DEPARTMENT,                             Motion for Extension of Time (#50)

                Defendants.

       This matter comes before the Court on Plaintiff's Motion for Free Copies of the Docket Sheet and all Plaintiff's Letters to the Court (#49) and Plaintiff's Motion for Enlargement of Time to File Reply to Defendants' Opposition to Motion for Appointment of Counsel (#50), filed on July 19, 2012. Plaintiff requests the Court grant him free copies of the docket sheet and all the letters Plaintiff has filed with the Court in this case and case number 2:11-cv-1401-GMN-CWH. Plaintiff claims that he needs these copies to properly prepare his opposition to Defendants' Motion to Dismiss (#36). On two previous occasions, the Court has denied Plaintiff's request for free copies and cautioned Plaintiff to take the necessary steps to retain copies of all documents. *See Orders* (#14) and (#48). Plaintiff has not provided any reason for the Court to change its previous Orders nor has Plaintiff alleged that he is unable to pay the fees to obtain the documents. The Court therefore denies Plaintiff's request for free copies.

       Plaintiff additionally requests an extension of time to file a Reply in support of his pending Motion for Appointment of Counsel (#41). Plaintiff's reply was due on July 12, 2012. The Court has reviewed the Motion (#41) and Defendants' Opposition (#44) and finds that a reply is not necessary. The Court therefore denies Plaintiff's requested extension. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Free Copies of the Docket Sheet and all Plaintiff's Letters to the Court (#49) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Enlargement of Time to File Reply to Defendants' Opposition to Motion for Appointment of Counsel (#50) is **denied**.

DATED this 23rd day of July, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge