# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Billy Cepero,

    Plaintiff

v.

Las Vegas Metropolitan Police Department, et. al,

    Defendants

Case No.: 2:11-cv-01421-JAD-GWF

**Order Adopting Report & Recommendation**

[ECF Nos. 111, 122]

    This seven-year-old excessive-force case returns to this court after the Ninth Circuit reversed a 2014 dismissal order.[1] Plaintiff Billy Cepero moved for leave to amend his complaint,[2] and Magistrate Judge George Foley, Jr., granted that motion in part, denied it in part without prejudice, and recommends that I deny with prejudice Cepero's request to allege claims against Doe Defendants I-XX because those claims would not relate back to the original complaint and the statute of limitations on them has long since passed, so amendment would be futile.[3] The deadline for Cepero to object to that recommendation was yesterday, and Cepero filed nothing. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Having reviewed the R&R, I find good cause to adopt the magistrate judge's recommendation, and I do.

---

[1] ECF No. 84.

[2] ECF No. 111.

[3] ECF No. 122 at 16, 18.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

Accordingly, IT IS HEREBY ORDERED that the Magistrate Judge's Recommendation **[ECF No. 122] is ADOPTED**; **Cepero's request to allege claims against Doe Defendants I-XX is DENIED with prejudice** because that amendment would be futile.

Dated: October 31, 2018

_____
U.S. District Judge Jennifer A. Dorsey