Lauren D. Calvert, Esq.
Nevada Bar No. 10534
**MESSNER REEVES LLP**
8945 W. Russell Road, Ste 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: lcalvert@messner.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BILLY CEPERO

        Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, ET AL.,

        Defendants.

Case No.: 2:11-cv-01421-JAD-GWF

## STIPULATION AND ORDER TO EXTEND DEADLINE TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

## (First Request)

Pursuant to LR 6-1 and LR 26-4, Plaintiff Billy Cepero, ("Plaintiff"), by and through his counsel of record, Lauren D. Calvert, Esq. of the law firm of Messner Reeves LLP and Defendants ("Defendants"), by and through their attorney of record, Tye S. Hanseen, Esq. of Marquis Aurbach Coffing, hereby stipulate and request that this court extend the deadline for Plaintiff to respond to Defendant's Motion for Summary Judgment, up to and including February 28, 2020. This is the first stipulation for extension of time to file an opposition to Defendants' motion for summary judgment. Defendants' motion for summary judgment was filed on January 24, 2020. The opposition was therefore due on February 14, 2020.

No hearing date has been set for the motion.

{03999596 / 1}

**I. DISCOVERY COMPLETED TO DATE**

1. Cepero served multiple sets of written discovery on the Defendants and responded to written discovery.

2. Defendants served written discovery on Cepero and responded to written discovery.

3. Both parties have taken multiple depositions.

4. Both parties have made multiple supplements to their disclosures of witnesses and documents.

**II. WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

Discovery is complete. The Parties are not in need of additional discovery. Due to a calendaring error and technological difficulties associated with Plaintiff's firm switching servers and operating systems, the opposition deadline was not ever put onto counsel's calendar. When counsel realized it had not been calendared, the deadline had already passed. Counsel immediately contacted defense counsel to request an extension, to which defense counsel graciously agreed. Plaintiffs' counsel submits this demonstrates that the failure to file the stipulation before the deadline expired was the result of excusable neglect.

**III. DISCOVERY REMAINING**

None.

**IV. EXTENSION OR MODIFICATION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

The following is a list of the current discovery deadlines. Extending the time for Plaintiff to oppose the motion for summary judgment will not change any of these deadlines.

{03999596 / 1}

| ACTIVITY | DATE | PROPOSED DEADLINE |
|---|---|---|
| Amend Pleadings or Add Parties | **Passed** | **Passed** |
| Expert Disclosures Pursuant to Fed.R.Civ.P. 26(a)(2) | **Passed** | **Passed** |
| Rebuttal Expert Disclosure Pursuant to Fed.R.Civ.P. 26(a)(2) | **Passed** | **Passed** |
| Discovery Cut-Off Date | **Passed** | **Passed** |
| Dispositive Motions | **January 24, 2020** | **January 24, 2020** |
| Joint Pretrial Order | **February 21, 2020** | **Suspended** |

Since Defendants filed a summary judgment motion, the deadline for filing the Joint Pre-Trial Order is suspended until thirty days after the decision on the summary judgment motion or further court order. This request for an extension of time is not sought for any improper purpose or other purpose of delay. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the extension of the deadline to respond to Defendants' Motion for Summary Judgment.

///

///

///

///

{03999596 / 1}

WHEREFORE, the parties respectfully stipulate the deadline for Plaintiff to respond to Defendants' Motion for Summary Judgment be extended up to and including February 28, 2020.

Dated this 19th day of February, 2020.    Dated this  19th day of February, 2020.

**MARQUIS AURBACH COFFING**              **MESSNER REEVES LLP**

By:*/s/ Tye S. Hanseen, Esq.*            By:   */s/ Lauren D. Calvert, Esq.*
    Craig R. Anderson, Esq.                  Lauren D. Calvert, Esq.
    Nevada Bar No. 6882                      Nevada Bar No. 10534
    Tye S. Hanseen, Esq.                     8945 W. Russell Road, Suite 300
    Nevada Bar No. 10365                     Las Vegas, Nevada 89148
    10001 Park Run Drive                     Attorney for Plaintiff
    Las Vegas, Nevada 89145
    Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: February 19, 2020.

{03999596 / 1}