1  **Marquis Aurbach Coffing**
   Craig R. Anderson, Esq.
2  Nevada Bar No. 6882
   Tye S. Hanseen, Esq.
3  Nevada Bar No. 10365
   10001 Park Run Drive
4  Las Vegas, Nevada 89145
   Telephone: (702) 382-0711
5  Facsimile: (702) 382-5816
   canderson@maclaw.com
6  thanseen@maclaw.com
     Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BILLY CEPERO,

          Plaintiff,

vs.

GILLESPIE, ET AL.,

          Defendants.

Case No.: 2:11-cv-01421-JAD-NJK

**STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)**

Pursuant to LR 6-1 and LR 26-4, Plaintiff Billy Cepero ("Plaintiff"), through the law firm of Messner Reeves LLP, and Defendants ("Defendants"), through the law firm of Marquis Aurbach Coffing, hereby stipulate and request that this court extend Defendants' deadline to file their Reply in Support of Motion for Summary Judgment in the above-captioned case fourteen (14) days, up to and including March 30, 2020.[1]  This is the first stipulation for extension of time to file a reply to Plaintiff's opposition.  No hearing has been set for the motion.

**I.    DISCOVERY COMPLETED TO DATE**

    1.    Cepero served multiple sets of written discovery on the Defendants and responded to written discovery.

---

[1] The original date for the reply was March 14, but this is a Saturday.  So, pursuant to the Rules, the current deadline is March 16.  LVMPD is requesting that the date be extended two weeks to March 30.

Page 1 of 3

MAC:05166-573 3989276_2

2. Defendants served written discovery on Cepero and responded to written discovery.

3. Both parties have taken multiple depositions.

4. Both parties have made multiple supplements to their disclosures of witnesses and documents.

## II. WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

Discovery is complete. The Parties are not in need of additional discovery. LVMPD is simply requesting additional time to respond to Cepero's opposition to the summary judgment motion.

Counsel for LVMPD handling the reply has been engaged in depositions for a double fatality accident, which has included eight depositions this week alone. Other deadlines and related issues have made it difficult to respond to Plaintiff's opposition by the current deadline.

LVMPD's counsel foresaw there was going to be concerns with preparing a timely reply in the midst of the depositions and everything else on calendar, reached out to Plaintiff's counsel, and Plaintiff's counsel graciously agreed to the two-week extension, for which LVMPD's counsel is/was very appreciative.

## III. DISCOVERY REMAINING

None.

## IV. EXTENSION OR MODIFICATION OF THE DISCOVERY PLAN AND SCHEDULING ORDER

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

| ACTIVITY | DATE | PROPOSED DEADLINE |
| --- | --- | --- |
| Amend Pleadings or Add Parties | July 30, 2018 | **Passed** |
| Expert Disclosures Pursuant to Fed.R.Civ.P. 26(a)(2) | January 17, 2019 | **Passed** |
| Rebuttal Expert Disclosure Pursuant to Fed.R.Civ.P. | February 15, 2019 | **Passed** |

MAC:05166-573 3989276_2

| | | |
|---|---|---|
| 26(a)(2) | | |
| Discovery Cut-Off Date | July 16, 2019 | **Passed** |
| Dispositive Motions | January 17, 2020 | **Passed** |
| Joint Pretrial Order | February 14, 2020 | **Suspended** |

Since a dispositive motion was filed, the deadline for filing the Joint Pre-Trial Order has been suspended until thirty (30) days after the decision on the dispositive motion or further court order. This request for an extension of time is not sought for any improper purpose or other purpose of delay. This is the first request for an extension of time on the reply.

The parties respectfully submit that the reasons set forth above constitute compelling reasons for the extension of the deadline to reply to Plaintiff's opposition.

Dated this 11th day of March, 2020.  Dated this 11th day of March, 2020.

MARQUIS AURBACH COFFING   MESSNER REEVES LLP

By: /s/ Tye S. Hanseen  
    Craig R. Anderson, Esq.  
    Nevada Bar No. 6882  
    Tye S. Hanseen, Esq.  
    Nevada Bar No. 10365  
    10001 Park Run Drive  
    Las Vegas, Nevada 89145  
    Attorney for Defendants

By: /s/ Lauren D. Calvert  
    Lauren D. Calvert, Esq.  
    Nevada Bar No. 10534  
    8945 W. Russell Road, Suite 300  
    Las Vegas, Nevada 89148  
    Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED this 12th day of March, 2020.

_____  
UNITED STATES DISTRICT JUDGE