# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BILLY CEPERO,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　Defendant(s). | Case No.: 2:11-cv-01421-JAD-NJK<br><br>**Order** |

　　　　A settlement conference is currently set for December 16, 2020, and the parties were required to submit settlement briefs by December 9, 2020. Docket No. 178. Having now received Plaintiff's settlement brief, *see* Docket No. 180, the Court finds that it is deficient in at least two significant ways. First, it does not provide an initial settlement offer. *But see* Docket No. 178 at 3. Second, it does not provide an email address through which Plaintiff can participate in the settlement conference. *But see id.* at 3.

　　　　Given the circumstances, the settlement conference is **VACATED**. Plaintiff's counsel must immediately contact Ely State Prison so that she can communicate with her client about the case, about the settlement conference in general, and about a first settlement offer in particular. Plaintiff's counsel must also coordinate with prison officials as to Plaintiff's video appearance for the settlement conference. To the extent more than an email address is necessary for that appearance, Plaintiff's counsel must identify the necessary procedures that will need to be followed.

　　　　Counsel must also meet and confer on new dates for the settlement conference and must file a stipulation with those dates by January 7, 2021. Such a stipulation must also include a deadline for Plaintiff to submit a renewed settlement statement that includes an initial settlement

offer, provides a means by which Plaintiff can appear by video for the settlement conference, and otherwise complies with the requirements set out in the previous order at Docket No. 178.

IT IS SO ORDERED.

Dated: December 14, 2020

_____
Nancy J. Koppe
United States Magistrate Judge