UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BILLY CEPERO,

          Plaintiff,

    v.

DOUGLAS GILLESPIE, *et al.*,

          Defendants.

Case No. 2:11-cv-01421-JAD-NJK

**ORDER TO PRODUCE
BILLY CEPERO, #94730**

TO:      LISA MARIE GARCIA, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:      CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON,
             INDIAN SPRINGS, NEVADA, UNITED STATES MARSHAL FOR THE
             DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

    **THE COURT HEREBY FINDS** that **BILLY CEPERO, #94730**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

    **IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **BILLY CEPERO, #94730**, on or about Tuesday, April 6, 2021, at the hour of 9:30 a.m., for a videoconference hearing by Zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **BILLY CEPERO, #94730**, is released and discharged by the said Court; and that **BILLY CEPERO, #94730**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

    **DATED** this 31st day of March, 2021.

                                       _____
                                       **NANCY J. KOPPE**
                                       **UNITED STATES MAGISTRATE JUDGE**