# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BILLY CEPERO,<br><br>           Plaintiff,<br><br>vs.<br><br>GILLESPIE, ET AL.,<br><br>           Defendants. | Case Number:<br>2:11-cv-01421-JAD-NJK |

### ORDER TO EXTEND TIME TO FILE JOINT PRE-TRIAL ORDER (FIRST REQUEST)

Plaintiff Billy Cepero, by and through his attorney of record, Messner Reeves LLP, and Defendant, by and through their attorney of record, Marquis Aurbach Coffing, hereby stipulate and request, that the deadline to file a Joint Pre-Trial Order be extended thirty (30) days from the current deadline of Wednesday, April 21, 2021 to Friday, May 21, 2021.

WHEREAS, counsel have been in communication among themselves regarding the Joint Pre-Trial Order. The parties have disclosed over 6,500 pages of exhibits and identified over 100 witnesses. The parties are attempting to thoroughly go through the file to determine which exhibits and what witnesses will actually be necessary at the time of trial.

/ / /

/ / /

THEREFORE, the parties respectfully submit that good cause exists and jointly request that this Court extend the deadline to file the Joint Pre-Trial Order by thirty (30) days from the current deadline of Wednesday, April 21, 2021 to Friday, May 21, 2021.

APPROVED AS TO CONTENT AND FORM this 20th day of April, 2021.

| MARQUIS AURBACH COFFING | MESSNER REEVES LLP |
|---|---|
| By: *s/Craig R. Anderson*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for LVMPD Defendants | By:   *s/Jaclyn Kliewer on behalf of Lauren D. Calvert*<br>Lauren D. Calvert, Esq.<br>Nevada Bar No. 10534<br>8945 W. Russell Rd., Ste. 300<br>Las Vegas, Nevada 89148<br>Attorney for Plaintiff |

## ORDER

IT IS HEREBY ORDERED this 21st day of April, 2021, the deadline to file the Joint Pre-Trial Order be continued thirty (30) days from the current deadline of Wednesday, April 21, 2021 to Friday, May 21, 2021.

_____
United States Magistrate Judge