Kelly H. Dove, Esq.
Nevada Bar No. 10569
Dawn L. Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
kdove@swlaw.com
ddavis@swlaw.com

*Attorneys for Plaintiff Billy Cepero*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BILLY CEPERO,<br><br>  Plaintiff,<br><br>vs.<br><br>DOUGLAS GILLESPIE et al.,<br><br>  Defendants. | Case No. 2:11-cv-01421-JAD-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**(SECOND REQUEST)** |

Plaintiff Billy Cepero ("Plaintiff") and Defendant James Bonkavich ("Defendant," and together with Plaintiff, the "Parties"), by and through their respective counsel, submit this Stipulation and Order to continue the trial currently scheduled for July 12, 2022. The Parties request that the Court continue the trial to October 2022, or as soon thereafter as is convenient for the Court.

The Parties submit that good cause exists to grant this stipulation for the following reasons: Plaintiff's current counsel was recently appointed as pro bono counsel and made initial contact with Plaintiff on June 21, 2022. It became apparent at that time that the discovery, evidentiary, and trial issues are more complex than counsel initially believed. Specifically, counsel is now aware of the extensive discovery and pretrial motion practice already conducted that must be reviewed to properly prepare for trial.

Though Plaintiff's counsel understands the matter is ripe for trial, good cause, namely the recent appointment, exists to allow counsel additional time to understand the tortuous procedural

history of the case and to review the depositions and other discovery taken to properly prepare for trial.  Good cause also exists to allow counsel to fully review and understand the Court's pretrial orders.  Additionally, though counsel has taken prompt action to arrange an in-person meeting with Plaintiff, logistical issues will prevent the Plaintiff and counsel from an opportunity to meet and prepare before the current trial date.

The Parties agree to the continuance requested herein.

For the reasons outlined above, the Parties stipulate and agree to continue the trial to the Court's October 2022 trial stack, or as soon thereafter as is convenient for the Court.

IT IS SO STIPULATED.

Dated: June 22, 2022

SNELL & WILMER L.L.P.

By: */s/ Dawn L. Davis*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Dawn L. Davis, Esq.
Nevada Bar No. 13329
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Plaintiff Billy Cepero*

Dated: June 22, 2022

MARQUIS AURBACH CHTD.

By: */s/ Tye S. Hanseen*
Craig R. Anderson, Esq.
Nevada Bar No. 6822
Tye S. Hanseen, Esq.
Nevada Bar No. 10365
10001 Park Run Drive
Las Vegas, NV 89145

*Attorneys for Defendant James Bonkavich*

### ORDER

**IT IS ORDERED** that the jury trial in this matter is continued from July 12, 2022, to October 18, 2022 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the calendar call is continued from July 5, 2022 to October 11, 2022 at 1:30 p.m.

IT IS FURTHER ORDERED that all trial briefs, proposed voir dire, proposed jury instructions, exhibit lists and witness lists are due by noon on October 11, 2022.

UNITED STATES DISTRICT JUDGE

DATED: June 30, 2022.

4881-9463-6581