UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BILLY CEPERO, | Case No. 2:11-cv-01421-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 233] |
| DOUGLAS GILLESPIE, et al. | |
| Defendant(s). | |

    Pending before the Court is the parties' stipulation requesting the Court vacate the settlement conference scheduled for October 4, 2022. Docket No. 233. The parties indicate that they believe further settlement discussions would not be fruitful at this time. *Id.* at 2.

    Accordingly, the stipulation is **GRANTED**. Docket No. 233. The settlement conference currently scheduled for October 4, 2022, is **VACATED**.

    IT IS SO ORDERED.

Dated: September 27, 2022

                                                                   _____
                                                                   Nancy J. Koppe
                                                                   United States Magistrate Judge