**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Tye S. Hanseen, Esq.
Nevada Bar No. 10365
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
thanseen@maclaw.com
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BILLY CEPERO,<br><br>                     Plaintiff,<br><br>   vs.<br><br>GILLESPIE, ET AL.,<br><br>                     Defendants. | Case No.: 2:11-cv-01421-JAD-NJK<br><br>ECF No. 235 |

## **ORDER TO CONTINUE TRIAL (THIRD REQUEST)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Billy Cepero ("Plaintiff"), through the law firm of Snell & Wilmer L.L.P., and Defendant Officer James Bonkavich ("Defendant" or "Bonkavich"), through the law firm of Marquis Aurbach, that the trial currently set for November 1, 2022 (ECF No. 230) be continued to either February 7, 2023 or February 28, 2023. The parties continue to contact their witnesses and respective clients to determine which of these two dates is most feasible.

This Stipulation is entered into for the following reasons:

1. Due to conflicts with the parties' availability, scheduling of witnesses, and trial counsel's calendars, the parties respectfully request that the new trial date be set for either February 7 or February 28, 2023.

2. The parties have met and conferred regarding the above-requested trial dates and have agreed to the same.

MAC:05166-573 4862842_1

3. Once the parties are able to fully confer with their clients and witnesses, they will submit a second stipulation settling on one of the two February 2023 dates.

4. If the Court prefers not to wait for a subsequent stipulation specifying one of the February 2023 dates, the parties request that the Court set the trial for February 7, 2023 and the parties will file a subsequent stipulation requesting the February 28 date if schedules necessitate doing so.

5. This is the third stipulation filed herein to continue the trial dates.

IT IS SO STIPULATED this 5th day of October, 2022.

| MARQUIS AURBACH | SNELL & WILMER L.L.P. |
|---|---|
| By: /s/ Tye S. Hanseen<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Tye S. Hanseen, Esq.<br>Nevada Bar No. 10365<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendant | By: /s/ Kelly H. Dove<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Dawn L. Davis, Esq.<br>Nevada Bar No. 13329<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, Nevada 89169<br>Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED:

1. That the trial in this matter shall begin on February 28, 2023 at 9:00 a.m.

2. The parties must appear for calendar call on February 21, 2023 at 1:30 p.m.

3. All trial briefs, proposed voir dire, proposed jury instructions, exhibit lists and witness lists are due before noon on February 21, 2023.

IT IS SO ORDERED this 5th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE

MAC:05166-573 4862842_1