1  Kelly H. Dove, Esq.
   Nevada Bar No. 10569
2  Dawn L. Davis, Esq.
   Nevada Bar No. 13329
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone:   (702) 784-5200
5  Facsimile:   (702) 784-5252
   kdove@swlaw.com
6  ddavis@swlaw.com

7  *Attorneys for Plaintiff Billy Cepero*

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10

11  BILLY CEPERO,                          Case No. 2:11-cv-01421-JAD-NJK

12              Plaintiff,
                                           **STIPULATION AND ORDER TO**
13  vs.                                    **CONTINUE TRIAL**

14  DOUGLAS GILLESPIE et al.,
                                           **ECF No. 245**
15              Defendants.

16                                         **(SIXTH REQUEST)**

17      Plaintiff Billy Cepero ("Plaintiff") and Defendant James Bonkavich ("Defendant," and

18  together with Plaintiff, the "Parties"), by and through their respective counsel, submit this

19  Stipulation and Order to continue the trial currently scheduled for June 27, 2023. The Parties

20  request that the Court continue the trial to September 26, 2023, or as soon thereafter as is convenient

21  for the Court.

22      The Parties submit that good cause exists to grant this stipulation.

23      As the Court knows, Mr. Cepero was transferred from High Desert State Prison to Lovelock

24  Correctional Center ("Lovelock") in November 2022 for the purpose of undergoing certain medical

25  procedures relating to his injuries.  During that time, his counsel was largely unable to meaningfully

26  communicate with Mr. Cepero, as unlike High Desert, the staff at Lovelock Correctional Center

27  has indicated that they do not allow the arrangement of scheduled phone calls between counsel and

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1  inmates. Counsel was therefore only able to speak to Mr. Cepero in short, 10-minute increments
2  when he is able to call, and these calls cannot be scheduled in advance.

3  Within the last several weeks, Mr. Cepero was transferred from Lovelock Correctional
4  Center to Ely State Prison. While his counsel tried to get further information about the purpose of
5  this transfer and how it would affect Mr. Cepero's May 18 parole board hearing, the prison staff
6  refused to disclose the information to counsel.

7  Recently, Mr. Cepero was transferred back to High Desert State Prison where he is believed
8  to be awaiting his rescheduled parole hearing this month. Given this development, counsel believes
9  it will be far less difficult to schedule meetings to prepare for trial. Moreover, if Mr. Cepero is
10  granted parole this month as his counsel believes he will, he is expected to be released from prison
11  by August. A trial date after his release from prison will significantly alleviate the burden of
12  preparing for trial by meeting Mr. Cepero in prison and will eliminate the need for the Court to
13  arrange to have him transferred to Las Vegas to attend trial.

14  For the reasons outlined above, the Parties stipulate and agree to continue the trial to the
15  Court's September 26, 2023 trial stack, or as soon thereafter as is convenient for the Court.
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

The Parties agree to the continuance requested herein.

IT IS SO STIPULATED.

Dated: June 5, 2023                          Dated: June 5, 2023

SNELL & WILMER L.L.P.                 MARQUIS AURBACH CHTD.

By: */s/ Dawn L. Davis*                      By: */s/ Tye S. Hanseen*
   Kelly H. Dove, Esq.                          Craig R. Anderson, Esq.
   Nevada Bar No. 10569                      Nevada Bar No. 6822
   Dawn L. Davis, Esq.                          Tye S. Hanseen, Esq.
   Nevada Bar No. 13329                      Nevada Bar No. 10365
   3883 Howard Hughes Parkway, Suite 1100    10001 Park Run Drive
   Las Vegas, Nevada 89169                  Las Vegas, Nevada 89145

*Attorneys for Plaintiff Billy Cepero*        *Attorneys for Defendant James Bonkavich*

## ORDER

**IT IS ORDERED** that the jury trial in this matter is continued from June 27, 2023, to November 14, 2023 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the calendar call is continued from June 20, 2023 to November 6, 2023 at 1:30 p.m.

IT IS FURTHER ORDERED that all trial briefs, proposed voir dire, proposed jury instructions, exhibit lists and witness lists are due by noon on November 6, 2023.

_____
UNITED STATES DISTRICT JUDGE

DATED:   June 6, 2023.