**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Tye S. Hanseen, Esq.
Nevada Bar No. 10365
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
thanseen@maclaw.com
  Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BILLY CEPERO,<br><br>                Plaintiff,<br><br>  vs.<br><br>GILLESPIE, ET AL.,<br><br>                Defendants. | Case No.: 2:11-cv-01421-JAD-NJK |

**STIPULATION AND ORDER TO CONTINUE TRIAL (SEVENTH REQUEST)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Billy Cepero ("Plaintiff"), through the law firm of Snell & Wilmer L.L.P., and Defendant Officer James Bonkavich ("Defendant" or "Bonkavich"), through the law firm of Marquis Aurbach, that the trial currently set for November 14, 2023 (ECF No. 246) be continued to January 23, 2024.

This Stipulation is entered into for the following reasons:

1. Due to conflicts with the availability of the parties, scheduling of witnesses, and trial counsel's calendars, the parties respectfully request that the new trial date be set for January 23, 2024.

2. Of the dates the Court provided at the recent status hearing, the January 23, 2024, date was the only date that did not present conflicts.

3. If the Court is unable to set the trial for January 23, 2024, the parties request additional availability for the parties to consider.

/ / /

Page 1 of 2

MAC:05166-573 5257250_1

4. This is the seventh stipulation filed herein to continue the trial dates.

IT IS SO STIPULATED this 18th day of October 2023.

| MARQUIS AURBACH | SNELL & WILMER L.L.P. |
|---|---|
| By: /s/ Tye S. Hanseen<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Tye S. Hanseen, Esq.<br>Nevada Bar No. 10365<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendant | By: /s/ Dawn L. Davis<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Dawn L. Davis, Esq.<br>Nevada Bar No. 13329<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, Nevada 89169<br>Attorney for Plaintiff |

**<u>ORDER</u>**

IT IS SO ORDERED:

1. That the trial in this matter shall begin on January 23, 2024, at 9:00 a.m;

2. The parties must appear for calendar call on January 8, 2024, at 1:30 p.m. and

3. All trial briefs, proposed voir dire, proposed jury instructions, exhibit lists and witness lists are due by noon on January 8, 2024.

IT IS SO ORDERED this 18th day of October 2023.

_____
UNITED STATES DISTRICT JUDGE

MAC:05166-573 5257250_1