**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Billy Cepero, | Case No. 2:11-cv -01421-JAD-NJK |
| Plaintiff | **Order to Transport and Produce NDOC Inmate BILLY CEPERO #94730 for Federal Court Trial** |
| v. | |
| Douglas Gillespie, et al., | |
| Defendants | |

**To:   Warden Jeremy Bean**
**High Desert State Prison**
**Indian Springs, Nevada**

BILLY CEPERO, inmate #94730, is an inmate in the custody of the Nevada Department of Corrections and believed to be housed at High Desert State Prison in Indian Springs, Nevada. CEPERO is a party in the above-captioned action, which is scheduled to be tried in Courtroom 6D of the Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada  89101, beginning on Tuesday, January 23, 2024.

IT IS THEREFORE ORDERED that **the Warden of High Desert State Prison or the warden's designee must transport and produce**, under safe and secure conduct, **BILLY CEPERO, inmate #94730** to said courthouse **for trial on Tuesday, January 23, 2024, at 9:00 a.m.** and arrange for his court appearance on said date and each scheduled trial day thereafter until the trial is concluded or as otherwise ordered and directed by the court, upon which CEPERO will thereafter be returned to the custody of the warden.

_____
U.S. District Judge Jennifer A. Dorsey
January 4, 2024