UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Billy Cepero | Case No.: 2:11-cv-01421-JAD-NJK |
| Plaintiff | |
| v. | **Order Resolving Objections to Designated Deposition Testimony** |
| Douglas Gillespie et al., | |
| Defendants | |

In the notices of deposition designations, the parties provided their objections to designated deposition testimony.[1] Attached are the court's rulings on those objections, denoted next to the objection in the appropriate line of the charts. IT IS ORDERED that the objections are sustained or overruled as stated on these attachments.

Whether addressed by these rulings or not, when presenting deposition testimony at trial, counsel must:

- Exclude the internal objections and any discussion about or response thereto; and
- Exclude attorney-to-attorney colloquy.

_____
U.S. District Judge Jennifer A. Dorsey
January 22, 2024

---

[1] ECF No. 271; ECF No. 273.

Kelly H. Dove, Esq.
Nevada Bar No. 10569
Dawn L. Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
ddavis@swlaw.com

Attorneys for Plaintiff Billy Cepero

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BILLY CEPERO,<br><br>                    Plaintiff,<br><br>vs.<br><br>DOUGLAS GILLESPIE et al.,<br><br>                    Defendants. | Case No. 2:11-cv-01421-JAD-NJK<br><br>**Court's Ruling on Plaintiff's Deposition Designations, Objections to Defendant's Deposition Designations and Counter-Designations** |

Plaintiff Billy Cepero submits the following deposition designations, objections and counter-designations. Plaintiff's designations and counter-designations are highlighted in the deposition transcripts attached as Exhibits 1-3.

**A.     Plaintiff's Designations**

    1.     Mark J. Rosen, M.D.

| PLT. DESIGNATIONS | DEF. OBJECTIONS | DEF. COUNTER DESIGNATIONS | **Court's Ruling on Plaintiff's Objections** |
|---|---|---|---|
| 4:17-19 | | | |
| 5:17-25 | | | |
| 6:1-18 | | | |
| 7:13-25 | | | |
| 8:1-14 | | | |
| 8:21-25 | | | |
| 9:1-2 | | | |
| 9:9-12 | | | |

| PLT. DESIGNATIONS | DEF. OBJECTIONS | DEF. COUNTER DESIGNATIONS | Court's Ruling on Plaintiff's Objections |
|---|---|---|---|
| 10:4-7 | | | |
| 10:14-25 | | | |
| 11:1-25 | | | |
| 12:1-25 | | | |
| 13:1-25 | | | |
| 14:10-25 | | | |
| 15:1-25 | | | |
| 16:1-25 | | | |
| 17:1-25 | | | |
| 18:1-25 | | | |
| 19:1-22 | | | |
| 20:9-25 | | | |
| 21:1-16 | | | |
| 21:21-23 | | | |
| 22:12-25 | | | |
| 23:1-25 | | | |
| 24:1-14 | | | |
| 25:8-20 | | | |
| 26:5-18 | | | |
| 26:23-5 | | | |
| 27:1-9 | | | |
| 27:14-22 | | | |
| 28:2-19 | | | |
| 29:1-25 | | | |
| 30:18-24 | | | |
| 31:2-25 | | | |
| 32:1-25 | | | |
| 33:1-11 | | | |
| 33:16-24 | | | |
| 40:9-25 | | | |
| 41:1 | | | |
| 42:21-23 | | | |
| 42:25 | | | |
| 43:1-4 | | | |
| 47:6-12 | | | |

///

///

///

**B.    Plaintiff's Objections to Defendant's Designations and Counter-Designations**

   1.   <u>Michelle Lee Lowther</u>

| DEF. DESIGNATIONS | PLT. OBJECTIONS | PLT. COUNTER DESIGNATIONS | Court's Ruling on Plaintiff's Objections |
|---|---|---|---|
| 5:6 | | | |
| 5:8-9 | | | |
| 10:21-25 | | | |
| 11:1 | | | |
| 11:5-25 | | | |
| 12:1-25 | | | |
| 13:1-23 | | 13:24-25 | |
| 14:3-7 | Hearsay | 14:1-2<br>44:17-20 | Sustained |
| 14:11-25 | | | |
| 15:1-25 | | | |
| 16:1-25 | | | |
| 17:1-8 | | | |
| 17:16-25 | | | |
| 18:1-16 | | | |
| 18:20-25 | | | |
| 19:1-18 | | 19:19-22 | |
| 23:9-14 | | | |
| 24:9-11 | | 24:12-21 | |
| 25:1-25 | | | |
| 26:1-25 | Relevance | | Overruled |
| 27:1-25 | | | |
| 28:1-25 | | | |
| 29:1-15 | | | |
| 34:9-25 | Relevance | | Sustained |
| 35:1-25 | Relevance | | Sustained |
| 36:1-8 | Relevance | | Sustained |
| 38:20-25 | Relevance, duplicative | | Sustained |
| 39:1-10 | Relevance, duplicative, foundation | | Sustained |
| 39:13-20 | | 39:21-25 | |
| 40:4-10 | | 40:1-3 | |
| 41:1-25 | | | |
| 42:1-11 | | 42:12-18 | |
| 42:19-21 | | 43:2-13 | |

| DEF. DESIGNATIONS | PLT. OBJECTIONS | PLT. COUNTER DESIGNATIONS | |
|---|---|---|---|
| | | 44:17-20 | |
| 45:4-7 | Relevance | | Sustained |

2. <u>Stacie Pace</u>

| DEF. DESIGNATIONS | PLT. OBJECTIONS | PLT. COUNTER DESIGNATIONS | **Court's Ruling on Plaintiff's Objections** |
|---|---|---|---|
| 4:9-13 | | 4:18-25 | |
| 5:25 | | | |
| 6:1-24 | | 6:25<br>7:1-16<br>8:10-22 | |
| 9:7-20 | | | |
| 10:5-15 | | | |
| 11:6-10 | | | |
| 11:15-29 [sic] | | | |
| 12:1-25 | Hearsay | 29:5-25<br>30:1-10<br>31:3-25<br>32:1-19 | Overruled |
| 13:1-25 | | | |
| 14:1-25 | | | |
| 15 1-25 | Foundation | 31:3-25<br>32:1-19 | Overruled |
| 16 1-25 | Hearsay | | Overruled |
| 17:1 | | 17:2 | |
| 17:13-25 | | 33:14-25<br>34:1-25<br>35:1-25<br>36:1-25<br>37:1-14 | |
| 18:1-16 | | 18:21-25<br>19:1-12<br>19:21-25<br>20:1-9<br>29:5-25<br>30:1-10<br>31:3-25 | |

- 4 -

| DEF. DESIGNATIONS | PLT. OBJECTIONS | PLT. COUNTER DESIGNATIONS | Court's Ruling on Plaintiff's Objections |
|---|---|---|---|
| | | 32:1-19<br>37:1-14<br>38:25<br>39:1-21 | |
| 19:13-20 | No testimony | 18:21-25<br>19:1-12<br>19:21-25<br>20:1-9<br>29:5-25<br>30:1-10<br>31:3-25<br>32:1-19<br>37:1-14<br>38:25<br>39:1-21 | Overruled |
| 20:13-23 | | 19:21-25<br>20:1-9<br>22:7-22<br>25:17-25<br>26:1-21<br>33:14-25<br>34:1-25<br>35:1-25<br>36:1-25<br>37:1-14<br>38:25<br>39:1-21<br>41:9-20 | |

Dated: January 17, 2024.

SNELL & WILMER L.L.P.

By: */s/ Dawn L. Davis*
    Kelly H. Dove, Esq.
    Nevada Bar No. 10569
    Dawn L. Davis, Esq.
    Nevada Bar No. 13329
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, Nevada 89169

*Attorneys for Plaintiff Billy Cepero*

**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Tye S. Hanseen, Esq.
Nevada Bar No. 10365
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
thanseen@maclaw.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| BILLY CEPERO, | Case Number: 2:11-cv-01421-JAD-NJK |
|---|---|
| Plaintiff, | |
| vs. | **COURT'S RULING ON DEFENDANT'S OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFF'S PAGE/LINE DESIGNATIONS AND COUNTER-DESIGNATIONS** |
| GILLESPIE, ET AL., | |
| Defendants. | |

Defendant James Bonkavich ("Defendant"), hereby submits objections and counter-designations to Plaintiff's deposition designations as follows:

A. ROSEN.

| Pltf. Designations | Def. Objections | Court's Ruling on Objection |
|---|---|---|
| 4:17-19 | | |
| 5:17-25 | | |
| 6:1-18 | | |
| 7:13-25 | Hearsay. (**7:20-21**) | Overruled |
| 8:1-14 | Hearsay. (**8:10-14**) | Overruled |
| 8:21-25 | | |
| 9:1-2 | | |
| 9:9-12 | Foundation. No testimony. (**9:9-12**) | Overruled |

| | | |
|---|---|---|
| 10:4-7 | | |
| 10:14-25 | | |
| 11:1-25 | | |
| 12:1-25 | | |
| 13:1-25 | Hearsay. (**13:22-25**) | Sustained |
| 14:10-25 | | |
| 15:1-25 | | |
| 16:1-25 | | |
| 17:1-25 | | |
| 18:1-25 | | |
| 19:1-22 | | |
| 20:9-25 | Treating physician may not testify beyond scope of treatment. *See Rosas v. Geico Cas. Co.*, 218CV01200APGNJK, 2022 WL 2440953, at *2 (D. Nev. Jan. 26, 2022) (citing *Goodman v. Staples The Office Superstore, LLC*, 644 F.3d 817, 826 (9th Cir. 2011) and Rule 26(a)(2)(B)). (**22:19-23:6**) | Overruled |
| 21:1-16 | | |
| 21:21-23 | | |
| 22:12-25 | | |
| 23:1-25 | Hearsay. Treating physician may not testify beyond scope of treatment (23:13-24:5) *See Rosas v. Geico Cas. Co.*, 218CV01200APGNJK, 2022 WL 2440953, at *2 (D. Nev. Jan. 26, 2022) (citing *Goodman v. Staples The Office Superstore, LLC*, 644 F.3d 817, 826 (9th Cir. 2011) and Rule 26(a)(2)(B)). (**23:7-11**) | Sustained |
| 24:1-14 | | |
| 25:8-20 | Treating physician may not testify beyond scope of treatment. *See Rosas v. Geico Cas. Co.*, 218CV01200APGNJK, 2022 WL 2440953, at *2 (D. Nev. Jan. 26, 2022) (citing *Goodman v. Staples The Office Superstore, LLC*, 644 F.3d 817, 826 (9th Cir. 2011) and Rule 26(a)(2)(B)). (**26:5-9**) | Overruled |

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

| Cite | Objection | Ruling |
|---|---|---|
| 26:5-18 | Foundation. Treating physician may not testify beyond scope of treatment. *See Rosas v. Geico Cas. Co.*, 218CV01200APGNJK, 2022 WL 2440953, at *2 (D. Nev. Jan. 26, 2022) (citing *Goodman v. Staples The Office Superstore, LLC*, 644 F.3d 817, 826 (9th Cir. 2011) and Rule 26(a)(2)(B)). Hearsay. Document outside of treating physician file. (**26:16-25**) | Overruled |
| 26:23-5 | Foundation. Treating physician may not testify beyond scope of treatment. *See Rosas v. Geico Cas. Co.*, 218CV01200APGNJK, 2022 WL 2440953, at *2 (D. Nev. Jan. 26, 2022) (citing *Goodman v. Staples The Office Superstore, LLC*, 644 F.3d 817, 826 (9th Cir. 2011) and Rule 26(a)(2)(B)). Hearsay. Document outside of treating physician file. (**26:16-25**) | Overruled |
| 27:1-9 | Foundation. Treating physician may not testify beyond scope of treatment. *See Rosas v. Geico Cas. Co.*, 218CV01200APGNJK, 2022 WL 2440953, at *2 (D. Nev. Jan. 26, 2022) (citing *Goodman v. Staples The Office Superstore, LLC*, 644 F.3d 817, 826 (9th Cir. 2011) and Rule 26(a)(2)(B)). Hearsay. Document outside of treating physician file. (**27:1-9**) | Overruled |
| 27:14-22 | Foundation. Treating physician may not testify beyond scope of treatment. *See Rosas v. Geico Cas. Co.*, 218CV01200APGNJK, 2022 WL 2440953, at *2 (D. Nev. Jan. 26, 2022) (citing *Goodman v. Staples The Office Superstore, LLC*, 644 F.3d 817, 826 (9th Cir. 2011) and Rule 26(a)(2)(B)). Hearsay. Document outside of treating physician file. (**27:14-22**) | Overruled |
| 28:2-19 | Foundation. Treating physician may not testify beyond scope of treatment. *See Rosas v. Geico Cas. Co.*, 218CV01200APGNJK, 2022 WL 2440953, at *2 (D. Nev. Jan. 26, 2022) (citing *Goodman v. Staples The Office Superstore, LLC*, 644 F.3d 817, 826 (9th Cir. 2011) and Rule 26(a)(2)(B)). Hearsay. Document outside of treating physician file. (**28:2-9**) | Overruled |
| 29:1-25 | Foundation. Treating physician may not testify beyond scope of treatment. *See Rosas v. Geico Cas. Co.*, 218CV01200APGNJK, 2022 WL 2440953, at *2 (D. Nev. Jan. 26, 2022) (citing *Goodman v. Staples The Office Superstore, LLC*, 644 F.3d 817, 826 (9th Cir. 2011) and Rule 26(a)(2)(B)). Hearsay. Document outside of treating physician file. (**29:1-25**) | Sustained |

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

| | | |
|---|---|---|
| 30:18-24 | Foundation. Speculation. An attempt at causation that fails to satisfy legal requirements. *See Daubert v. Merrell Dow Pharmaceuticals*, Inc., 43 F.3d 1311, 1314 (9th Cir. 1995) (must be "sufficiently compelling proof that agent must have caused the damage somehow). Also, treating physician may not testify beyond scope of treatment. *See Rosas v. Geico Cas. Co.*, 218CV01200APGNJK, 2022 WL 2440953, at *2 (D. Nev. Jan. 26, 2022) (citing *Goodman v. Staples The Office Superstore, LLC*, 644 F.3d 817, 826 (9th Cir. 2011) and Rule 26(a)(2)(B)). **(30:18-24)** | Overruled |
| 31:2-25 | Foundation. Speculation. An attempt at causation that fails to satisfy legal requirements. *See Daubert v. Merrell Dow Pharmaceuticals*, Inc., 43 F.3d 1311, 1314 (9th Cir. 1995) (must be "sufficiently compelling proof that agent must have caused the damage somehow). Also, treating physician may not testify beyond scope of treatment. *See Rosas v. Geico Cas. Co.*, 218CV01200APGNJK, 2022 WL 2440953, at *2 (D. Nev. Jan. 26, 2022) (citing *Goodman v. Staples The Office Superstore, LLC*, 644 F.3d 817, 826 (9th Cir. 2011) and Rule 26(a)(2)(B)). **(31:2-25)** | Overruled |
| 32:1-25 | Treating physician may not testify beyond scope of treatment. *See Rosas v. Geico Cas. Co.*, 218CV01200APGNJK, 2022 WL 2440953, at *2 (D. Nev. Jan. 26, 2022) (citing *Goodman v. Staples The Office Superstore, LLC*, 644 F.3d 817, 826 (9th Cir. 2011) and Rule 26(a)(2)(B)). Also, speculation. **(32:1-25)** | Overruled |
| 33:1-11 | Document outside of file. Treating physician may not testify beyond scope of treatment. *See Rosas v. Geico Cas. Co.*, 218CV01200APGNJK, 2022 WL 2440953, at *2 (D. Nev. Jan. 26, 2022) (citing *Goodman v. Staples The Office Superstore, LLC*, 644 F.3d 817, 826 (9th Cir. 2011) and Rule 26(a)(2)(B)). **(33:1-11, 16-24.)** | Overruled |
| 33:16-24 | Document outside of file. Treating physician may not testify beyond scope of treatment. *See Rosas v. Geico Cas. Co.*, 218CV01200APGNJK, 2022 WL 2440953, at *2 (D. Nev. Jan. 26, 2022) (citing *Goodman v. Staples The Office Superstore, LLC*, 644 F.3d 817, 826 (9th Cir. 2011) and Rule 26(a)(2)(B)). **(33:1-11, 16-24.)** | Overruled |

| | | |
|---|---|---|
| 40:9-25 | | |
| 41:1 | | |
| 42:21-23 | | |
| 42:25 | | |
| 43:1-4 | | |
| 47:6-12 | Treating physician may not testify beyond scope of treatment. *See Rosas v. Geico Cas. Co.*, 218CV01200APGNJK, 2022 WL 2440953, at *2 (D. Nev. Jan. 26, 2022) (citing *Goodman v. Staples The Office Superstore, LLC*, 644 F.3d 817, 826 (9th Cir. 2011) and Rule 26(a)(2)(B)). Also, speculation. (**47:6-12**) | Sustained |

### B. LOWTHER.

| **Pltf.-Counter Designations** | **Def. Objections** | |
|---|---|---|
| 13:24-25 | Hearsay | Sustained |
| 14:1-2 | Hearsay | Sustained |
| 14:17-20 | | |
| 19:19-22 | | |
| 24:12-21 | | |
| 39:21-25 | | |
| 40:1-3 | | |
| 42:12-18 | | |
| 43:2-13 | | |
| 44:17-20 | | |

### C. PACE.

| **Pltf. Counter-Designations** | **Def. Objections** | |
|---|---|---|
| 4:18-25 | Felony not admissible under FRE 609(b). | Sustained |
| 6:25 | | |

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:05166-573 5353222_1

| | |
|---|---|
| 7:1-16 | |
| 8:10-22 | |
| 17:2 | |
| 18:21-25 | |
| 19:1-12 | |
| 19:21-25 | |
| 20:1-9 | |
| 22:7-22 | |
| 25:17-25 | |
| 26:1-21 | |
| 29:5-25 | |
| 30:1-10 | |
| 31:3-25 | |
| 32:1-19 | |
| 33:14-25 | |
| 34:1-25 | |
| 35:1-25 | |
| 36:1-25 | |
| 37:1-14 | |

/ / /

/ / /

/ / /

/ / /

/ / /

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

| | |
|---|---|
| 38:25 | |
| 39:1-21 | |
| 41:9-20 | |

Dated this 19th day of January, 2024.

                              MARQUIS AURBACH

                              By   /s/ Tye S. Hanseen
                                    Craig R. Anderson, Esq.
                                    Nevada Bar No. 6882
                                    Tye S. Hanseen, Esq.
                                    Nevada Bar No. 10365
                                    10001 Park Run Drive
                                    Las Vegas, Nevada  89145
                                    Attorney for Defendant

MAC:05166-573 5353222_1