UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Billy Cepero,<br><br>    Plaintiff<br><br>v.<br><br>James Bonkavich,<br><br>    Defendants | Case No.: 2:11-cv-01421-JAD-NJK<br><br><br>**JURY VERDICT** |

We, the jury, unanimously find as follows:

1. On Billy Cepero's claim for **excessive force** against James Bonkavich, we find for the (check one box):

    ☐ Plaintiff Billy Cepero        ☒ Defendant James Bonkavich


2. On Billy Cepero's claim for **battery** against James Bonkavich, we find for the (check one box):

    ☐ Plaintiff Billy Cepero        ☒ Defendant James Bonkavich


*If you find for the plaintiff on any claim, proceed to questions 3 through 8. If you find for the defendant on both claims, skip to the signature block as you are done.*

3.  State the amount of **damages**, if any, that you award Billy Cepero:

| | |
|---|---|
| Past medical expenses for shoulder | $_____ |
| Past pain and suffering for shoulder | $_____ |
| Past pain and suffering for nose | $_____ |
| Future pain and suffering for shoulder | $_____ |
| Future pain and suffering for nose | $_____ |
| **Total** | $_____ |

**OR**, if you find that the plaintiff is entitled only to nominal damages not to exceed $1, please state the amount of nominal damages that you award the plaintiff:    $_____

4.  State the amount of **punitive damages**, if any, that you award Billy Cepero:

Punitive damages    $_____

5.  Do you find that Defendant James Bonkavich struck Billy Cepero in the face while he was unconscious?

☐ Yes            ☐ No

6. Do you find that Defendant James Bonkavich struck Billy Cepero in the face while he was laying on his stomach with his hands behind his head?

☐ Yes                          ☐ No

7. Do you find that Defendant James Bonkavich picked Billy Cepero up by his arm while he laid on his stomach with his hands placed behind his head?

☐ Yes                          ☐ No

8. Do you find that Defendant James Bonkavich picked Billy Cepero up by his arm while his arms were handcuffed behind his back?

☐ Yes                          ☐ No

Signed by Jury Foreperson