UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Billy Cepero, | Case No.: 2:11-cv-01421-JAD-NJK |
| Plaintiff | |
| v. | **Order Denying Requests for Copies of All Litigation Documents** |
| Douglas Gillespie et al., | [ECF Nos. 309, 310] |
| Defendants | |

The January 2024 trial of this case ended in a defense verdict, and Plaintiff Billy Cepero's pro bono counsel filed a notice of appeal the following month. Cepero has now filed requests for this court to supply him with "all documents relevant to case including appeal filings."[1] But the court does not supply litigants with free copies. Any litigant who wants copies of documents from the court's docket must pay 10 cents per page to receive them.[2] So IT IS ORDERED that **Cepero's requests for copies of all of the documents filed in this case [ECF Nos. 309, 310] are DENIED.** And because he is still represented by counsel, Cepero is directed to contact his counsel to ask if they can arrange to provide him with such documents. **The Clerk of Court is directed to SEND** a copy of this order to Cepero directly at the Lovelock Correctional Center, 1200 Prism Road, Lovelock, NV 89419 (inmate #9473).

_____
U.S. District Judge Jennifer A. Dorsey
December 17, 2024

---

[1] ECF Nos. 309, 310.

[2] Nev. LR IC 1-1(i)(5); 28 U.S.C. § 1914.